IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| REZA AHMADI, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-11-224 |
| | § | |
| RICK THALER, | § | |
|     Respondent. | § | |

# ORDER

On January 24, 2013, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 18] recommending that Thaler's Motion for Summary Judgment [Doc. No. 13] be granted and Ahmadi's petition for writ of habeas corpus by a person in state custody pursuant to 28 U.S.C. § 2254 be denied. Petitioner has objected to said report and recommendation. [Doc. No. 21]

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**, Thaler's Motion for Summary Judgment [Doc. No. 13] is **GRANTED**, and Ahmadi's petition for writ of habeas corpus by a person in state custody pursuant to 28 U.S.C. § 2254 is **DENIED**. Further, this Court **DENIES** the issuance of a Certificate of Appealability.

Signed this 4th day of March, 2013.

_____
Andrew S. Hanen
United States District Judge